# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JEAN JAMISON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0542

———————————————

July 29, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Hillsborough County; G. Gregory Green, Judge.

Jean Jamison, pro se.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.